JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL CABRERA CERECEDO,<br><br>        Plaintiff,<br><br>    v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, WELLS FARGO BANK, NATIONAL ASSOCIATION, AND does 1-50, inclusive,<br><br>        Defendants. | Case No. EDCV 08-1602-VAP (SHx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated:  December 9, 2008            _____
                                     VIRGINIA A. PHILLIPS
                                     United States District Judge